TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-01-00677-CV







In re TXU Gas Company d/b/a TXU Lone Star Gas







ORIGINAL PROCEEDING FROM TRAVIS COUNTY





 

 Relator TXU Gas Company d/b/a TXU Lone Star Gas and real parties in interest
EPGT Texas Pipeline, L.P. and El Paso Reata Energy, L.P. have filed a joint motion to dismiss
TXU's petition for writ of mandamus. We grant the joint motion and dismiss the petition.



 __________________________________________

 Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Filed: May 2, 2002

Do Not Publish